FILED IN OPEN COURT
ON 10/15/14 SWJ
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-90-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GLEN ALLEN STEWART, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Detective Brad Abate of the Harnett County Sheriff's Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 15, 2014, be transferred to Detective Brad Abate to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 14 | Colt Mark IV .45 caliber semi-automatic handgun |
| 9 | 7 Rounds 9 mm ammo |
| 15 | Extended Magazine |
| 16 | Eight rounds of PMC Starfire .45 caliber ammunition |
| 17 | Fifty rounds of Federal .45 caliber ammunition |
| 18 | .45 caliber standard magazine |

SO ORDERED this the 15th day of October, 2014.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Brad Abate, Case Agent

_____
Jane C. Jackson, Assistant U.S. Attorney

2